**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bernard Lamont WILLIAMS,**
**Defendant–Appellant.**

No. 01–6768.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 15, 2001.

Bernard Lamont Williams, pro se.

E. Jean Howard, Office of the United States Attorney, Greenville, SC, for appellee.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Bernard Lamont Williams seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Williams,* Nos. CR–97–129; CA–99–2253–6–13 (D.S.C. Feb. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*